IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

HOLSTON UNITED METHODIST
HOME FOR CHILDREN,

    *Plaintiff*,

v.

XAVIER BECERRA, *et al.*,

    *Defendants*.

No. 2:21-cv-00185

## DEFENDANTS' MOTION TO DISMISS

Defendants hereby move the Court pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss Plaintiff's Complaint, or alternatively to dismiss Plaintiff's RFRA claim pursuant to Federal Rule of Civil Procedure 12(b)(6), for the reasons set forth in the accompanying Memorandum in support of this motion, filed in accordance with E.D. Tenn. L.R. 7.1(a) and 7.1(b).

Dated: May 11, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

*/s/ Cassandra Snyder*
CASSANDRA SNYDER
Trial Attorney
Department of Justice
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
Fax: (202) 616-8460

1

Email: cassandra.m.snyder@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF CONFERENCE

Pursuant to this Court's Order Governing Motions to Dismiss, ECF No. 3, the parties conferred regarding this Motion to Dismiss. The parties could not reach agreement on a possible amendment.

*/s/ Cassandra Snyder*
CASSANDRA M. SNYDER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
Fax: (202) 616-8460
Email: cassandra.m.snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2022, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/Doc. system, which will notify all counsel of record of such filing.

                                                  */s/ Cassandra Snyder*
                                                  CASSANDRA M. SNYDER
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street, N.W.
                                                  Washington, DC 20005
                                                  Tel: (202) 451-7729
                                                  Fax: (202) 616-8460
                                                  Email: cassandra.m.snyder@usdoj.gov