**Table of Exhibits**

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | Email exchange between Plaintiff's counsel (May 12, 2022) and Defendants' counsel (May 13, 2022).  *Please note that this document includes only the relevant two emails regarding the requested stipulation.  Prior emails from the same email chain, but unrelated to the requested stipulation, have been removed.* |