# Exhibit 1

| From: | Snyder, Cassandra M (CIV) |
|---|---|
| To: | Matt Bowman |
| Subject: | RE: Holston: MTD Meet & Confer |
| Date: | Friday, May 13, 2022 4:42:00 PM |
| Attachments: | image001.png |

Hi Matt,

Thanks for reaching out with this proposal. Defendants do not agree to this stipulation. Because Defendants' position is that the Court lacks jurisdiction over this case given the lack of any threatened injury, a stipulation to this effect would not be necessary or appropriate.

Have a great weekend!

Thanks,
Cassie
(202) 451-7729

**From:** Matt Bowman <mbowman@adflegal.org>
**Sent:** Thursday, May 12, 2022 5:31 PM
**To:** Snyder, Cassandra M (CIV) <Cassandra.M.Snyder@usdoj.gov>
**Subject:** [EXTERNAL] RE: Holston: MTD Meet & Confer

Hi Cassie,
One question concerning your motion to stay the scheduling order pending resolution to the motion to dismiss: would HHS agree to a stipulation enforceable by the court that HHS will not enforce the 2016 rule against Holston Home while the case is pending, in exchange for Holston Home's consent to the motion to stay? Thanks.
-Matt