UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| HOLSTON UNITED METHODIST HOME FOR CHILDREN, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | Case No. 2:21-cv-185 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Cynthia R. Wyrick |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum opinion, Defendants' motion to dismiss (Doc. 20) is **GRANTED**, and this action is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
   CLERK OF COURT